UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOHN WILLIAM MCCLUSKEY,

                    Plaintiff,                          ORDER

   -against-                                     CV 12-2394 (SJF)(ETB)

TOWN OF SOUTHAMPTON, et al.,

                    Defendants.
------------------------------------------------------------------------X

      For the reasons stated on the record, the plaintiff's demand for the identity of the traffic agents is denied as moot - this information having been turned over by the defendants.

      The motion to compel production of the Giuliani "closing papers" is denied based on the failure to specify what documents plaintiff is seeking and based on the failure to serve any request for such documents on any party or non-party - instead seeking court intervention directly for same.  This application is therefore denied without prejudice to renewal in compliance with Federal Rule of Civil Procedure 34 and Local Civil Rule 37.3(a).

      Lastly, the plaintiff's request for an anticipatory ruling on the evidence admissible at trial is denied as premature and without prejudice to making this request at the trial or immediately before trial to the assigned district judge.

      Defendants' counsel shall serve a copy of this Order on the pro se plaintiff by regular mail upon receipt.

**SO ORDERED:**

Dated: Central Islip, New York
      March 26, 2013

                          /s/ E. Thomas Boyle
                          E. THOMAS BOYLE
                          United States Magistrate Judge